UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX INC. SECURITIES LITIGATION | Consolidated Case No. 1:17-cv-03463-TWT |

**LEAD PLAINTIFF'S UNOPPOSED MOTION FOR AN ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT AND AUTHORIZING DISSEMINATION OF NOTICE OF SETTLEMENT**

Lead Plaintiff Union Asset Management Holding AG ("Lead Plaintiff"), hereby moves this Court, under Rule 23(e)(1) of the Federal Rules of Civil Procedure, for entry of an order: (i) preliminarily approving the proposed Settlement; (ii) approving the form and manner of giving notice of the proposed Settlement to Class Members; and (iii) scheduling a hearing to consider final approval of the Settlement and approval of the Plan of Allocation and Lead Counsel's motion for attorneys' fees and Litigation Expenses. In support of this motion, Lead Plaintiff submits the Memorandum of Law in Support of Lead Plaintiff's Unopposed Motion for an Order Preliminarily Approving Class Action Settlement and Authorizing Dissemination of Notice of Settlement, attached hereto as Exhibit 1, and the Stipulation and Agreement of Settlement dated February 12,

2020 (the "Stipulation"), attached hereto as Exhibit 2.[1] The Parties' agreed-upon [Proposed] Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement is attached hereto as Exhibit 3.  Pursuant to the terms of the Stipulation, this motion is unopposed by Defendants.

Dated: February 13, 2020

Respectfully submitted,

*/s/ James A. Harrod*

James A. Harrod
(admitted *pro hac vice*)
Abe Alexander
(admitted *pro hac vice*)
**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
jim.harrod@blbglaw.com
abe.alexander@blbglaw.com

*Counsel for Lead Plaintiff Union Asset Management Holding AG and Lead Counsel for the Class*

H. Lamar Mixson
Georgia Bar No. 514012
Amanda Kay Seals
Georgia Bar No. 502720
**BONDURANT MIXSON & ELMORE LLP**

---

[1] All capitalized terms used herein that are not otherwise defined herein have the meanings given to them in the Stipulation.

1201 West Peachtree Street NW
Suite 3900
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111
mixson@bmelaw.com
seals@bmelaw.com

*Local Counsel for Lead Plaintiff*
*Union Asset Management Holding AG*

## **RULE 7.1(D) CERTIFICATION**

I hereby certify that this document has been prepared with 14 point Times New Roman, one of the font and point selections approved by the Court in Local Rule 5.1(C).

*/s/ James A. Harrod*
James A. Harrod

**CERTIFICATE OF SERVICE**

I hereby certify that on February 13, 2020, I caused a true and correct copy of the foregoing MOTION FOR AN ORDER PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT AND AUTHORIZING DISSEMINATION OF NOTICE OF SETTLEMENT, as well as the accompanying MEMORANDUM OF LAW, STIPULATION AND AGREEMENT OF SETTLEMENT, and PROPOSED PRELIMINARY APPROVAL ORDER, to be filed with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record in this Action.

/s/ *James A. Harrod*
James A. Harrod