UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX INC. SECURITIES LITIGATION | Consolidated Case No. 1:17-cv-03463-TWT |

**DEFENDANT EQUIFAX INC.'S NOTICE OF FILING DECLARATION OF BENJAMIN LEE REGARDING COMPLIANCE WITH NOTICE REQUIREMENTS OF THE CLASS ACTION FAIRNESS ACT OF 2005, 28 U.S.C. § 1715**

Pursuant to Paragraph 20 of the parties' Stipulation and Agreement of Settlement (Doc. 159-2) and Paragraph 10 of this Court's Order Preliminarily Approving Settlement and Authorizing Dissemination of Notice of Settlement (Doc. 163), Defendant Equifax Inc. hereby files the attached Declaration of Benjamin Lee Regarding Compliance with Notice Requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715.

Dated: March 2, 2020.

                                **KING & SPALDING LLP**

                    By: */s/ Benjamin Lee*
                          Michael R. Smith
                          Georgia Bar No. 661689
                          B. Warren Pope
                          Georgia Bar No. 583723

2

        Benjamin Lee
        Georgia Bar No. 443082
        1180 Peachtree Street N.E.
        Atlanta, GA 30309
        Telephone: (404) 572-4600
        Facsimile:  (404) 572-5100
        Email: mrsmith@kslaw.com
               wpope@kslaw.com
               blee@kslaw.com

***Counsel for Defendant Equifax Inc.***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of March 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of the electronic filing to counsel of record.

>*/s/ Benjamin Lee*
>Benjamin Lee
>Georgia Bar No. 443082