UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE EQUIFAX INC. SECURITIES LITIGATION | Consolidated Case No. 1:17-cv-03463-TWT |

### DECLARATION OF BENJAMIN LEE REGARDING COMPLIANCE WITH NOTICE REQUIREMENTS OF THE CLASS ACTION FAIRNESS ACT OF 2005, 28 U.S.C. § 1715

BENJAMIN LEE hereby declares as follows:

1. I am an attorney with King & Spalding LLP representing Defendant Equifax Inc. in the above-captioned action.

2. On February 13, 2020, counsel for the Lead Plaintiff filed with this Court the parties' Stipulation and Agreement of Settlement (Doc. 159-2) setting forth the terms upon which the parties have proposed to settle this action (the "Proposed Settlement").

3. On February 18, 2020, pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 US.C. § 1715(b), I caused notice of the Proposed Settlement (the "CAFA Notice") to be mailed to appropriate federal and state officials, including the United States Attorney General and the Attorneys General (or

designated CAFA Coordinators) of all states and the District of Columbia. The mailing occurred within "ten (10) calendar days following the filing of the Stipulation with the Court." The CAFA Notice contained the documents and information required by 28 U.S.C. § 1715(b)(1)-(8) to the extent known as of the date of mailing.

4. A true and correct copy of the CAFA Notice (without the enclosed CD) and a true and correct copy of the distribution list identifying each individual to whom the CAFA Notice was mailed is attached hereto as Exhibit A. Should the Court request it, a copy of the CD enclosed with each of the CAFA Notice letters will be furnished.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 2, 2020.

*/s/ Benjamin Lee*
Benjamin Lee

# Exhibit A

# King & Spalding

King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Tel: +1 404 572 4600
Fax: +1 404 572 5100
www.kslaw.com

Benjamin Lee
Direct Dial: +1 404 572 2820
Direct Fax: +1 404 572 5100
blee@kslaw.com

February 18, 2020

To: All Appropriate Federal and State Officials, as set forth in 28 U.S.C. § 1715 (*see* attached Distribution List)

Re: CAFA Notice for the Proposed Settlement - In re Equifax Inc. Securities Litigation, Consolidated Case No. 1:17-cv-03463-TWT (N.D. Ga.)

Dear Sir or Madam:

This firm represents Equifax Inc. ("Equifax") in the above-referenced action pending in the United States District Court for the Northern District of Georgia (the "Court") before the Honorable Thomas W. Thrash, Jr. (the "Litigation"). Pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. §§ 1711, *et seq.* ("CAFA"), Defendants hereby serve you with this notice of a proposed Settlement[1] of the Litigation.

The proposed Settlement resolves claims brought against Equifax and its former Chief Executive Officer Richard F. Smith for alleged violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder on behalf of all persons and entities who purchased or otherwise acquired publicly-traded Equifax common stock during the period from February 25, 2016 through September 15, 2017, inclusive (the "Class Period"), and who were damaged thereby, but excluding (i) Defendants and Former Defendants; (ii) any current or former Officers or directors of Equifax; (iii) the Immediate Family Members of Defendant Smith, the Former Defendants, or any current or former Officer or director of Equifax who served in such capacity during the Class Period; (iv) any entity that any Defendant or Former Defendant owns or controls, or owned or controlled during the Class Period; (v) any affiliates, parents, or subsidiaries of Equifax; and (vi) the legal representatives, heirs, successors, and assigns of any such excluded persons and entities (the "Class Members").

In the Litigation, Lead Plaintiff Union Asset Management Holdings AG (the "Lead Plaintiff") alleged, among other things, that Defendants made false and misleading statements about Equifax's cybersecurity and compliance with applicable data protection laws and

---

[1] Capitalized terms not otherwise defined herein have the meanings defined in the Stipulation and Agreement of Settlement, dated as of February 12, 2020, which has been filed with the Court in the Litigation (the "Stipulation") and a copy of which is enclosed herewith.

Feburary 18, 2020
Page 2

cybersecurity best practices. Lead Plaintiff alleged that as a result of the challenged statements, Equifax's stock traded at artificially inflated prices during the Class Period.

Defendants have denied, and continue to deny, Lead Plaintiff's claims and all allegations of wrongdoing, fault, liability or damage of any kind to Lead Plaintiff or the Class Members.

As summarized in the Stipulation (at pages 2-7), prior to reaching their agreement to settle the Litigation, the parties vigorously litigated Lead Plaintiff's claims for more than two years, briefed a motion to dismiss, conducted extensive fact and expert discovery, served certain expert reports, and briefed Lead Plaintiff's motion for class certification. On May 29, 2019, the parties participated in a full-day in-person mediation session supervised by retired United States District Court Judge Layn R. Phillips. In advance of that session, the Parties exchanged and submitted detailed opening and reply mediation statements to the Mediator, together with numerous supporting exhibits, which addressed both liability and damages issues. The session ended without any settlement agreement being reached. Following the May 29, 2019 mediation, the Parties engaged in additional settlement negotiations under the supervision and guidance of the Mediator. After several months of such negotiations, the Parties reached an agreement to settle the Litigation pursuant to a Mediator's recommendation. The terms of the Settlement, which include Defendants' agreement to pay or cause to be paid the sum of $149,000,000 for the benefit of the Class Members, are set forth in the Stipulation.

## Notice and Enclosed Copies of Settlement Materials

Pursuant to 28 U.S.C. § 1715(b), Equifax provides the following information pertaining to the proposed Settlement:

1. A copy of the Consolidated Amended Class Action Complaint for Violations of the Federal Securities Laws (included on the enclosed CD). *See* 28 U.S.C. § 1715(b)(1).

2. A hearing concerning preliminary approval of the proposed Settlement is currently scheduled for February 25, 2020 at 10:00 a.m., to be held in Courtroom 2108 of the Richard B. Russell Federal Building and United States Courthouse, located at 75 Ted Turner Drive, SW, Atlanta, Georgia 30303- 3309. *See* 28 U.S.C. § 1715(b)(2).

3. Copies (included on the enclosed CD) of: (a) the proposed Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Litigation Expenses; and (b) the proposed Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Litigation Expenses. *See* 28 U.S.C. § 1715(b)(3).

4. A copy of the Stipulation setting forth the terms of the Settlement (included on the enclosed CD). *See* 28 U.S.C. § 1715(b)(4)&(5).

5. A copy of the proposed Judgment Approving Class Action Settlement (included on the enclosed CD). *See* 28 U.S.C. § 1715(b)(6).

Feburary 18, 2020
Page 3

It is not possible at this time to identify the names and addresses of Class Members residing in each state, to make a reasonable estimate of the number residing in each state, or to provide an estimated proportionate share of the claims of such Class Members to the entire settlement.  *See* 28 U.S.C. § 1715(b)(7).  This is because, although there is an ownership registration process, most of Equifax's publicly-traded shares are held through nominees or in "street name" and therefore anonymously as to the actual beneficial purchasers and owners.  Only after the Claims Administrator eventually calculates each Class Member's allocation of the net proceeds of the Settlement Amount pursuant to the Plan of Allocation will any proportionate recovery be subject to calculation – and even then, only based on the identity of Class Members who actually submit Proof of Claim Forms.  Because of these circumstances, this notice is being transmitted to all State Attorneys General.  Upon the conclusion of the claims process, the Claims Administrator will provide, if requested by you, the information described in 28 U.S.C. § 1715(b)(7).

If you have any questions about this notice, the Litigation, or the enclosed materials, or if you did not receive any of the above-listed materials, please contact the counsel listed below.

Sincerely,

*/s/ Benjamin Lee*

Benjamin Lee
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Telephone:  404-572-2820
blee@kslaw.com

| | |
|---|---|
| The Honorable William P. Barr<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 | The Honorable Steve Marshall<br>Office of the Attorney General<br>501 Washington Avenue<br>Montgomery, Alabama 36104 |
| Eugene Scalia<br>Secretary of Labor<br>U.S. Department of Labor<br>200 Constitution Avenue, NW, C-2318<br>Washington, D.C.  20210 | The Honorable Kevin G. Clarkson<br>Office of the Attorney General<br>P.O. Box 110300<br>Juneau, Alaska 99811-0300 |
| The Honorable Mark Brnovich<br>Office of the Attorney General<br>2005 N. Central Avenue<br>Phoenix, Arizona 85004-2926 | The Honorable Leslie Rutledge<br>Office of the Attorney General<br>200 Tower Building<br>323 Center Street, Suite 200<br>Little Rock, Arkansas 72201-2610 |
| CAFA Coordinator<br>Office of the Attorney General<br>Consumer Law Session<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102 | The Honorable Phil Weiser<br>Office of the Attorney General<br>1300 Broadway, 10th Floor<br>Denver, Colorado 80203 |
| The Honorable William Tong<br>Office of the Attorney General<br>55 Elm Street<br>Hartford, Connecticut 06106 | The Honorable Matthew Denn<br>Office of the Attorney General<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, Delaware 19801 |
| The Honorable Karl A. Racine<br>Office of the Attorney General<br>441 4th Street, N.W., Suite 1100S<br>Washington, D.C. 20001 | The Honorable Ashley Moody<br>Office of the Attorney General<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, Florida 32399-1050 |
| The Honorable Christopher M. Carr<br>Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, Georgia 30334-1300 | The Honorable Clare E. Connors<br>Office of the Attorney General<br>425 Queen Street<br>Honolulu, Hawaii 96813 |
| The Honorable Lawrence G. Wasden<br>State of Idaho<br>Office of the Attorney General<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, Idaho 83720-0010 | The Honorable Kwame Raoul<br>Office of the Attorney General<br>James R. Thompson Center<br>100 W. Randolph Street<br>Chicago, Illinois 60601 |
| The Honorable Curtis Hill<br>Office of the Attorney General<br>Indiana Government Center South<br>302 West Washington Street, 5th Floor<br>Indianapolis, Indiana 46204 | The Honorable Tom Miller<br>Office of the Attorney General<br>Hoover State Office Building<br>1305 E. Walnut Street<br>Des Moines, Iowa 50319 |
| The Honorable Derek Schmidt<br>Office of the Attorney General<br>120 S.W. 10th Avenue<br>Second Floor<br>Topeka, Kansas 66612-1597 | The Honorable Andy Beshear<br>Office of the Attorney General<br>Capitol Suite 118<br>700 Capitol Avenue<br>Frankfort, Kentucky 40601-3449 |

The Honorable Jeff Landry
Office of the Attorney General
P.O. Box 94005
Baton Rouge, Louisiana 70804

The Honorable Brian E. Frosh
Office of the Attorney General
200 St. Paul Place
Baltimore, Maryland 21202-2202

The Honorable Dana Nessel
Office of the Attorney General
G. Mennen Williams Building, 7th Floor
525 W. Ottawa Street
P.O. Box 30212
Lansing, Michigan 48909-0212

The Honorable Jim Hood
Office of the Attorney General
Department of Justice
P.O. Box 220
Jackson, Mississippi 39205

The Honorable Tim Fox
Office of the Attorney General
Department of Justice
P.O. Box 201401
Helena, Montana 59620-1401

The Honorable Aaron Ford
Office of the Attorney General
100 N. Carson Street
Carson City, Nevada 89701-4717

The Honorable Gurbir Grewal
Office of the Attorney General
R.J. Hughes Justice Complex
25 Market Street
Box 080
Trenton, New Jersey 08625-0080

The Honorable Letitia James
Office of the Attorney General
The Capitol
Second Floor
Albany, New York 12224

The Honorable Wayne Stenehjem
Office of the Attorney General
State Capitol
600 E. Boulevard Avenue
Dept. 125
Bismarck, North Dakota 58505-0040

The Honorable Mike Hunter
Office of the Attorney General
313 NE 21st Street
Oklahoma City, Oklahoma 73105

The Honorable Aaron Frey
Office of the Attorney General
6 State House Station
Augusta, Maine 04333

Office of Massachusetts Attorney General
Maura Healey
ATTN: CAFA Coordinator/General Counsel's Office
One Ashburton Place
Boston, Massachusetts 02108

The Honorable Keith Ellison
Office of the Attorney General
1400 Bremer Tower
445 Minnesota Street
St. Paul, Minnesota 55101-2131

The Honorable Eric Schmitt
Office of the Attorney General
Supreme Court Building
207 W. High Street
P.O. Box 899
Jefferson City, Missouri 65102

The Honorable Doug Peterson
Office of the Attorney General
2115 State Capitol
Lincoln, Nebraska 68509-8920

The Honorable Gordon J. MacDonald
Office of the Attorney General
New Hampshire Department of Justice
33 Capitol Street
Concord, New Hampshire 03301

The Honorable Hector Balderas
Office of the Attorney General
408 Galisteo Street
Villagra Building
Santa Fe, New Mexico 87501

The Honorable Josh Stein
Office of the Attorney General
9001 Mail Service Center
Raleigh, North Carolina 27699-9001

The Honorable David Yost
Office of the Attorney General
State Office Tower
30 E. Broad Street
14th Floor
Columbus, Ohio 43215

The Honorable Ellen F. Rosemblum
Office of the Attorney General
Oregon Department of Justice
1162 Court Street, N.E.
Salem, Oregon 97301-4096

| | |
|---|---|
| The Honorable Josh Shapiro<br>Office of the Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, Pennsylvania 17120 | The Honorable Dennise N. Longo Quinones<br>Office of the Attorney General<br>GPO Box 9020192<br>San Juan, Puerto Rico 00902-0192 |
| The Honorable Peter Neronha<br>Office of the Attorney General<br>150 S. Main Street<br>Providence, Rhode Island 02903 | The Honorable Alan Wilson<br>Office of the Attorney General<br>P.O. Box 11549<br>Columbia, South Carolina 29211 |
| The Honorable Jason Ravnsborg<br>Office of the Attorney General<br>1302 East Highway 14<br>Suite 1<br>Pierre, South Dakota 57501-8501 | The Honorable Herbert H. Slatery, III<br>Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, Tennessee 37202-0207 |
| The Honorable Kenneth Paxton<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, Texas 78711-2548 | The Honorable Sean D. Reyes<br>Office of the Attorney General<br>Utah State Capitol Complex<br>350 North State Street<br>Suite 230<br>Salt Lake City, Utah 84114-2320 |
| The Honorable T.J. Donovan<br>Office of the Attorney General<br>109 State Street<br>Montpelier, Vermont 05609-1001 | The Honorable Mark Herring<br>Office of the Attorney General<br>202 North Ninth Street<br>Richmond, Virginia 23219 |
| The Honorable Bob Ferguson<br>Office of the Attorney General<br>1125 Washington Street, S.E.<br>P.O. Box 40100<br>Olympia, Washington 98504-0100 | The Honorable Patrick Morrisey<br>Office of the Attorney General<br>State Capitol Complex<br>Building 1, Room E26<br>Charleston, West Virginia 25305 |
| The Honorable Josh Kaul<br>Office of the Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, Wisconsin 53707-7857 | The Honorable Bridget Hill<br>Office of the Attorney General<br>2320 Capitol Avenue<br>Kendrick Building<br>Cheyenne, Wyoming 82002 |
| The Honorable Denise N. George<br>Office of the Attorney General<br>34-38 Kronprindsons Gade<br>GERS Building, 2nd Floor<br>St. Thomas, Virgin Islands  00802 | The Honorable Leevin T. Camacho<br>Office of the Attorney General<br>590 S. Marine Corps Drive<br>ITC Building, Suite 706<br>Tamuning, Guam  96913 |
| The Honorable Edward Manibusan<br>Office of the Attorney General<br>Northern Mariana Islands<br>P.O. Box 10007<br>Saipan MP  96950-8907 | The Honorable Talauega Eleasalo V. Ale<br>Office of the Attorney General<br>American Samoa Gov't, Exec. Ofc. Bldg.<br>Utulei Territory of American Samoa<br>Pago Pago, AS  96799 |