# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **IN RE EQUIFAX INC. SECURITIES LITIGATION** | Consolidated Case No. 1:17-cv-03463-TWT |

## ORDER PROVIDING THAT FINAL SETTLEMENT HEARING SCHEDULED FOR JUNE 26, 2020 BE CONDUCTED BY <u>TELEPHONE OR VIDEOCONFERENCE</u>

This matter came before the Court on Lead Plaintiff's Unopposed Motion to Conduct Final Settlement Hearing by Telephone or Videoconference in light of the conditions resulting from the COVID-19 pandemic. Now, therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The hearing to consider final approval of the Settlement in this Action, approval of the Plan of Allocation, Lead Counsel's motion for attorneys' fees and expenses, and related matters (the "Hearing") scheduled for June 26, 2020 at 9:30 a.m. shall be conducted by telephone or videoconference at the date and time previously scheduled.

2. The Court shall file a new notice of the Hearing on the docket containing the access information to participate in the Hearing.

3. Lead Counsel shall notify Settlement Class Members of the access information to participate in the Hearing by publishing a prominent notice on the home page of the settlement website, www.EquifaxSecuritiesLitigation.com and on Lead Counsel's website at www.blbglaw.com/cases/equifax-inc.  This notice shall also include a link to the instructions and requirements for public access to electronic court proceedings established by this Court, www.gand.uscourts.gov/public-access-electronic-court-proceedings.

4. If any objections to the Settlement are received, Lead Counsel shall personally notify the objectors of the access information for the Hearing.

SO ORDERED this 28 day of April, 2020.

_____
The Honorable Thomas W. Thrash, Jr.
Chief United States District Judge

#1376476