# EXHIBIT 4

# EXHIBIT 4

*In re Equifax Inc. Securities Litigation*
Consolidated Case No. 1:17-cv-03463-TWT (N.D. Ga.)

## BREAKDOWN OF PLAINTIFF'S COUNSEL'S EXPENSES BY CATEGORY

| CATEGORY | AMOUNT |
|---|---|
| Court Fees | $459.90 |
| Service of Process | $9,802.85 |
| Online Legal Research | $31,925.08 |
| Online Factual Research | $25,531.71 |
| Investigators | $917.81 |
| Telephone/Faxes | $155.70 |
| Postage & Express Mail | $1,286.70 |
| Hand Delivery Charges | $85.00 |
| Local Transportation | $3,863.47 |
| Internal Copying/Printing | $6,785.00 |
| Outside Copying | $21,608.92 |
| Out of Town Travel | $24,705.24 |
| Working Meals | $5,811.09 |
| Court Reporting & Transcripts | $4,265.75 |
| Special Publications | $86.88 |
| Experts | $339,483.36 |
| Mediation | $45,182.00 |
| Discovery/Document Management | $137,968.67 |
|  |  |
| **TOTAL EXPENSES:** | **$659,925.13** |