# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:17-cv-03463-TWT
## IN RE EQUIFAX INC. SECURITIES LITIGATION
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 6/26/2020.

TIME COURT COMMENCED: 9:37 A.M.
TIME COURT CONCLUDED: 10:42 A.M.          COURT REPORTER: Diane Peede
TIME IN COURT: 1:05                       DEPUTY CLERK: Charlotte Diggs
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | David Chaiken representing Richard F. Smith<br>James Harrod representing Union Asset Management Holding AG<br>Benjamin Lee representing Equifax Inc.<br>Steven Madison representing Richard F. Smith<br>Homer Mixson representing Union Asset Management Holding AG<br>B. Pope representing Equifax Inc.<br>Amanda Seals representing Union Asset Management Holding AG<br>Michael Smith representing Equifax Inc. |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [174]Motion for Settlement GRANTED<br>[175]Motion for Attorney Fees GRANTED |
| MINUTE TEXT: | Counsel appeared over videoconference for the Settlement Fairness Hearing. Mr. Harrod presented on the settlement process, Rule 23(e) factors, the plan of allocation, and the lone objection to the settlement. Mr. Harrod requested that the Court approve the settlement and asked for final certification of the class. Mr. Smith and Mr. Madison responded briefly in support. The Court asked if anyone wanted to be heard in opposition, and there was no response. Mr. Harrod discussed the parties who are excluded from the settlement. The Court approved the settlement, finding it was fair and reasonable and meets the criteria of Rule 23 and Bennett factors, among other findings stated. The Court finally certified the class and rejected the lone objection as the objectors were not members of the class. The Court signed the proposed judgment approving class action settlement |

found at [177-1] and proposed order approving plan of allocation of net settlement fund found at [177-2]. Mr. Harrod discussed the requested attorneys' fees and expenses. Mr. Smith and Mr. Madison stated that their respective clients took no position on the requested fees and expenses. The Court asked if anyone wanted to be heard in opposition to the requested fees and expenses, and there was no response. The Court granted the motion for approval of attorneys fees and expenses, finding the requested fee of 20% of the settlement recovery was fair and reasonable. The Court signed the proposed order found at [177-3] approving the request for attorneys' fees and awarding $659,925.13 to lead counsel and $121,375.00 to lead plaintiff for expenses. The Court gave closing remarks.

HEARING STATUS:   Hearing Concluded